## W. C. BYROM v. THE STATE.

No. 19221.   Delivered December 1, 1937.

The opinion states the case.

*Mike Anglin,* of Wichita Falls, for appellant.

*Lloyd W. Davidson,* State's Attorney, of Austin, for the State.

MORROW, PRESIDING JUDGE.—The offense is robbery; penalty assessed at confinement in the penitentiary for five years.

The indictment appears regular and regularly presented. The record is before us without statement of facts or bills of exception. In the absence of the evidence adduced upon the trial, this court is unable to appraise the matters presented in the motion for new trial.

The judgment is affirmed.

*Affirmed.*